

**IT IS ORDERED as set forth below:**

**Date: June 8, 2021**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-59871-pmb |
| KENNETH ANDRE CARTER, | CHAPTER: 13 |
| Debtor. | |
| PHH MORTGAGE CORPORATION, | JUDGE: PAUL BAISIER |
| Movant, | |
| v. | |
| KENNETH ANDRE CARTER, Debtor, MELISSA J. DAVEY, Trustee, | CONTESTED MATTER |
| Respondent. | |

ORDER GRANTING SECOND AMENDED
MOTION TO APPROVE LOAN MODIFICATION (#43)

The above styled *Second Amended Motion to Approve Loan Modification* (the "Motion")

filed, May 5, 2021 (Docket No. 43) was called for hearing on May 6, 2021, upon notice of

assignment of hearing to each of the above-captioned parties in interest.  There was no opposition

to the Motion and Movant asserts that the parties were properly served.  Accordingly;

IT IS HEREBY ORDERED that the Motion with respect to 4450 Flat Stone Drive, Snellville, Georgia 30039-3336 is GRANTED.  The parties shall be authorized to enter into a loan modification agreement.  The terms as modified are as set forth in the Motion and are approved.

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition claim.


END OF DOCUMENT


PREPARED AND PRESENTED BY:


/s/Andrew H. McCullen
Andrew H. McCullen, Bar No.: 872658
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: amccullen@aldridgepite.com

NO OPPOSITION:


/s/ Taylor Schlairet Mansell                    with express permission
Taylor Schlairet Mansell, Bar No.:  940461
Attorney For Chapter 13 Trustee
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303
mail@13trusteeatlanta.com

## <u>DISTRIBUTION LIST</u>

Aldridge Pite, LLP
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305

Kenneth Andre Carter
4450 Flat Stone Dr
Snellville, GA 30039

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303